Commonwealth ex rel. Williams, Appellant, v.
Myers.

Submitted March 21, 1966. *Willie Williams*, appellant, in propria persona; *Gordon Gelfond* and *Joseph M. Smith*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Zeigler, Appellant, v.
Russell.

Submitted March 21, 1966. *Edward Lee Zeigler*, appellant, in propria persona; *H. F. Bonno*, District Attorney, for appellee.

Order affirmed.

Commonwealth v. Cooper, Appellant.

Argued March 24, 1966. *H. Weston Tomlinson*, Assistant Public Defender, for appellant; *Ralph B. D'Iorio*, Assistant District Attorney, with him *Domenic D. Jerome*, First Assistant District Attorney, and *Jacques H. Fox*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN and SPAULDING, JJ., dissented.